United States District Court
Southern District of Texas
**ENTERED**
May 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAYSON JOSE VARONA BENITEZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-03251** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Petitioner Dayson Jose Varona Benitez has filed his Petition for Writ of Habeas Corpus (ECF No. 1). The Court held a hearing on the Petition on Tuesday, May 26, 2026. The Court will give Respondents three weeks to effectuate Petitioner's removal to Mexico. If, after three weeks, Respondents have not successfully removed Petitioner, the Court will order Petitioner to be released. In the meantime, the Court leaves pending Petitioner's Petition and Respondents' Motion for Summary Judgment.

The Court hereby **LIFTS** the stay of removal imposed in its April 22 Order (ECF 5). Respondents are hereby **ORDERED** to file a notice on or before June 16, 2026, informing the Court of Petitioner's removal status.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 26th of May, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE