United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DAYSON JOSE VARONA BENITEZ,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-03251** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

# ORDER

Petitioner Dayson Jose Varona Benitez has filed his Petition for Writ of Habeas Corpus (ECF No. 1). On May 26, 2026, this Court gave Respondents three weeks to effectuate Petitioner's removal to Mexico. On June 16, 2026, Respondents updated the Court that, on June 5, 2026, Respondents transported Petitioner to the U.S.-Mexico border for removal at a land border crossing. However, Respondents report that Petitioner refused to cooperate with the removal process and refused to disembark from the bus.

There is a final order of removal against Petitioner. A person subject to a final order of removal is required to comply with removal efforts. *See* 8 U.S.C. § 1253(a)(1) ("Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 1227(a) of this title, who (A) willfully fails or refuses to depart from the United States . . . (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order, shall be fined under title 18, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes

described in paragraph (1)(E), (2), (3), or (4) of section 1227(a) of this title), or both.").

The basis for the Court's earlier order was that it was not clear whether Petitioner's removal was reasonably foreseeable. However, Respondents then made efforts to effectuate Petitioner's removal. This Court has no authority to enjoin a lawful removal order. Therefore, because Respondents made efforts to comply with this Court's order, and because the failure to effectuate Petitioner's removal was due to Petitioner's own actions, the Court hereby **DISMISSES WITHOUT PREJUDICE** Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). Respondents' Motion for Summary Judgment (ECF No. 8) is **DENIED AS MOOT**.

The Clerk is directed to mail a copy of this order to Petitioner at the following address: Dayson Jose Varona Benitez, Montgomery Processing Center, 806 Hilbig Rd, Conroe, TX 77301.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd of June, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE